**SO ORDERED.**

**SIGNED this 20 day of December,2013.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NOS.:** |
| **EASTERN SHORE ACQUISITION CORPORATION** | **13-07678-8-SWH** |
| **EASTERN SHORE AMBULANCE, INC.** | **13-07679-8-SWH** |
| **AMERICAN AMBULETTE & AMBULANCE SERVICE, INC., D/B/A MEDCORP, D/B/A LIFE AMBULANCE** | **13-07673-8-SWH** |
| **COASTLINE CARE, INC.** | **13-07676-8-SWH** |
| **TRANSMED, LLC, D/B/A TRANSMED OF GEORGETOWN, LLC** | **13-07681-8-SWH** |
| **MARMAC TRANSPORTATION SERVICES, INC.** | **13-07680-8-SWH** |
| **DEBTORS** | **CHAPTER 7** |

**ORDER DESIGNATING PERSONS RESPONSIBLE FOR DISCHARGING THE DUTIES
OF THE DEBTOR AND VACATING THE ORDER TO APPEAR FOR EXAMINATION**

Upon the motions of Debtors in the above-captioned bankruptcy case ("**Debtors**"), for an order (I) designating Shawn Heming as the person responsible to discharge the duties of the Debtors pursuant to Bankruptcy Rule 9001(5)(A), including, but not limited to, filing schedules and statements of financial affairs and appearing at the 341 Meeting on behalf of the Debtors and (II) vacating the Court's prior orders regarding this matter, and this Court having determined that granting the relief set forth herein is in the best interests of the Debtors, theirs estates, creditors and other parties in interest, and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and no objections having been filed or all objections having been overruled; and good and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. Both Shawn Heming and Samarth Chandra (the "**Designees**") are designated and ordered to appear and submit to examination, on behalf of the Debtors, at the 11 U.S.C. § 341 meetings of creditors scheduled for January 7, 2014 and at any continuation or adjournment of those meetings – provided that Mr. Chandra shall be excused from attendance on January 7, 2014 but shall appear before the Trustee at a later date determined by the Trustee after consultation with debtor's counsel.

2. One or both of the Designees are further ordered to file schedules and statements on behalf of the Debtors.

3. The prior orders of the Court (Docket No. 3, Case Nos. 13-07678-8-SWH, 13-07679-8-SWH, 13-07676-8-SWH, 13-07681-8-SWH, 13-07680-8-SWH; Docket No. 4, Case No. 13-07673-8-SWH) are hereby vacated.

4. The Court shall retain jurisdiction to hear and determine all disputes arising out of this order.

END OF DOCUMENT