**SO ORDERED.**

**SIGNED this 27 day of December,2013.**

_____
Stephani W. Humrickhouse
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NOS.: |
| AMERICAN AMBULETTE & AMBULANCE SERVICE, INC., D/B/A MEDCORP, D/B/A LIFE AMBULANCE | 13-07673-8-SWH |
| COASTLINE CARE, INC. | 13-07676-8-SWH |
| EASTERN SHORE ACQUISITION CORPORATION | 13-07678-8-SWH |
| EASTERN SHORE AMBULANCE, INC. | 13-07679-8-SWH |
| MARMAC TRANSPORTATION SERVICES, INC. | 13-07680-8-SWH |
| TRANSMED, LLC, D/B/A TRANSMED OF GEORGETOWN, LLC | 13-07681-8-SWH |
| DEBTORS | CHAPTER 7 |

**ORDER ALLOWING MOTION FOR LIMITATION OF ENTITIES ENTITLED TO NOTICES AND TO SHORTEN THE GENERAL MAILING MATRIX**

This matter comes before the Court upon the Trustee's Motion For Limitation Of Entities Entitled To Notices And To Shorten The General Mailing Matrix. The Court finds that the relief requested therein is proper and should be granted.

NOW, THEREFORE, IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT except for (i) the Notice of Need to File a Proof of Claim which shall be given to all entities listed on the original mailing matrixes and (ii) the Notice of the Summary of the Trustee's Final Report which shall be given to all creditors that hold allowed claims for which proofs of claim have been filed, any notices required to be given and/or papers required to be served during the course of these Chapter 7 cases need only be given to or served upon (a) the Debtor; (b) the Debtor's attorney; (c) the Bankruptcy Administrator; (d) the Trustee; (e) any party directly affected by the motion, application, hearing notice or order; and (f) any other party in interest who specifically files with the Court a request that it receive all notices of such motions, applications, hearings or orders.  The entities that are entitled to receive all notices pursuant to the Court's order allowing this motion shall be included on a shortened mailing matrix.

IT IS FURTHER ORDERED THAT any entities wishing to receive notices of filings in these cases (other than (i) the Notice of Need to File a Proof of Claim which shall be given to all entities listed on the original mailing matrixes and (ii) the Notice of the Summary of the Trustee's Final Report Trustee's Notice of Proposed Distribution which shall be given to all creditors that hold allowed claims for which proofs of claim have been filed) shall file with the Court a request that all notices be provided to such entity and requesting that they be added to the shortened mailing matrix – such requests shall be filed with the Court at: U. S. Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602 (unless as a Filing User of the Court's Electronic Case Filing System you are required to electronically file the request). Any entity failing to file such a request shall be deemed to have waived the right to receive notice and service of further filings in this case.

IT IS FURTHER ORDERED THAT, if the Bankruptcy Noticing Center is not able to serve this order on the mailing matrix, the Court will schedule and conduct a hearing and enter an order within 14 days from the entry of this order directing the parties responsible for its service. The parties in interest shall be permitted to file any documents in support of their position no later than 3 business days before the hearing.

"END OF DOCUMENT"