

**SO ORDERED.**

**SIGNED this 2 day of January,2014.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NOS.:** |
| **AMERICAN AMBULETTE & AMBULANCE SERVICE, INC.,** D/B/A MEDCORP, D/B/A LIFE AMBULANCE | **13-07673-8-SWH** |
| **COASTLINE CARE, INC.** | **13-07676-8-SWH** |
| **EASTERN SHORE ACQUISITION CORPORATION** | **13-07678-8-SWH** |
| **EASTERN SHORE AMBULANCE, INC.** | **13-07679-8-SWH** |
| **MARMAC TRANSPORTATION SERVICES, INC.** | **13-07680-8-SWH** |
| **TRANSMED, LLC,** D/B/A TRANSMED OF GEORGETOWN, LLC | **13-07681-8-SWH** |
| **DEBTORS** | **CHAPTER 7** |

**ORDER ALLOWING MOTION TO SHORTEN NOTICE
AND FOR EMERGENCY HEARING IF NECESSARY**

This matter comes before the Court upon the Trustee's Motion To Shorten Notice And For Emergency Hearing If Necessary on the Trustee's Motion For Appointment And Compensation Of Ritchie Brothers As Auctioneer, Motion For Appointment And Compensation Of Coldiron As Transportation Provider, and Motion For Appointment And Compensation Of Country Boys Auction &

Realty As Auctioneer (the "Motions").  The Court finds that the relief requested therein is proper and should be granted.

NOW, THEREFORE, IT IS ORDERED that any party in interest wishing to object to any of the Motions must file an objection with this Court on or before 11:00 am on January 7, 2014.

IT IS FUTHER ORDERED that in the event that any objections are timely filed an emergency hearing shall be held at 3:00 p.m. on January 7, 2014 in the United States Bankruptcy Court, Room 208, 300 Fayetteville Street, Raleigh, NC.

If there are no timely objections filed then the Court will enter an order allowing the Motions.

"END OF DOCUMENT"