UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NOS.: |
|---|---|
| AMERICAN AMBULETTE & AMBULANCE SERVICE, INC., D/B/A MEDCORP, D/B/A LIFE AMBULANCE | 13-07673-8-SWH |
| COASTLINE CARE, INC. | 13-07676-8-SWH |
| EASTERN SHORE ACQUISITION CORPORATION | 13-07678-8-SWH |
| EASTERN SHORE AMBULANCE, INC. | 13-07679-8-SWH |
| MARMAC TRANSPORTATION SERVICES, INC. | 13-07680-8-SWH |
| TRANSMED, LLC, D/B/A TRANSMED OF GEORGETOWN, LLC | 13-07681-8-SWH |
| DEBTORS | CHAPTER 7 |

### AFFIDAVIT OF PROPOSED PROFESSIONAL

I, Mike Gurkins, of Country Boys Auction and Realty, Inc., hereby make solemn oath that:

1. I am employed by Country Boys Auction and Realty and am an auctioneer duly licensed to practice in the State of North Carolina and am in good standing with the North Carolina Auctioneers Commission in conformance with North Carolina General Statute Section 85B-3 and 4.

2. Mike Gurkins and Country Boys Auction and Realty maintains an office for the purpose of conducting business as an auctioneer at 1211 West 5th Street, Washington, North Carolina 27889.

3. Country Boys Auction and Realty maintains adequate insurance for loss to the estate and it is adequately bonded with a bond in favor of the United States. A copy of the bond is attached to this Affidavit.

4. Mike Gurkins and Country Boys Auction and Realty do not hold or represent any interest adverse to the Debtor(s) herein and are disinterested persons as contemplated under Section 327(a) of the Bankruptcy Code.

-1-

5. Mike Gurkins and Country Boys Auction and Realty have no connection, business, professional or otherwise, in regard to the Debtor(s), the creditors or any other party in interest, their respective attorneys or auctioneers.

6. Mike Gurkins and Country Boys Auction and Realty acknowledges and agrees that it will not allow the sale of any asset sold at public auction to any relative or insider of it or to any persons employed by it to conduct the public auction or otherwise assisting it in the conduct of the auction sales, or their relatives. Mike Gurkins and Country Boys Auction and Realty acknowledges and agrees that it will not allow or charge any buyer's premium in connection with the auction sales to be conducted by it.

7. Mike Gurkins and Country Boys Auction and Realty acknowledges and accepts the terms, conditions, and responsibilities of the Auctioneer set out in the Trustee's Application to Employ Auctioneer and agree to be bound by the same.

DATED: 1\2\2014

Country Boys Auction and Realty, Inc.

BY: _____
Mike Gurkins

SWORN to and subscribed before
me this 2 day of December, 2014.

Notary Public _____
My Commission Expires: 10\21\2017

[Notary Seal: TAMMY G JONES, NOTARY PUBLIC, BEAUFORT COUNTY, NC]

IN THE USBC                                    Bond No. 0611941
EASTERN DISTRICT OF NORTH CAROLINA

    KNOW ALL MEN BY THESE PRESENTS: That we, COUNTRY BOY'S AUCTION & REALTY, INC. of the state of NORTH CAROLINA as Principal, and the INTERNATIONAL FIDELITY INSURANCE COMPANY, as surety, are held and firmly bound unto the United States of America as obligee in the penal sum of Two Hundred Fifty Thousand and No/100 ($250,000.00) Dollars lawful money of the United States to be made, we bind ourselves, our heirs, executors, administrators, successors or assigns, jointly and severally, by these presents.

    THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that whereas, the Principal will from time to time conduct auctions on behalf of the United States Bankruptcy Court, EASTERN DISTRICT OF NORTH CAROLINA and as a condition to perform such auctions the United States Bankruptcy Court, EASTERN DISTRICT OF NORTH CAROLINA requires that a surety bond be posted to secure the faithful performance of such auctions.

    NOW THEREFORE, if the said Principal shall faithfully perform the duties of an auctioneer and account for all monies received and in all things comply with the requirements of the United States Bankruptcy Court, EASTERN DISTRICT OF NORTH CAROLINA, appertaining thereto, then this obligation to be void, otherwise to remain in full force and effect.

    PROVIDED, that this bond shall be deemed continuous in form and, that regardless of the number of years this bond shall continue or be continued in force and of the number of premiums that shall be payable or paid, the surety shall not be liable hereunder for a larger amount, in the aggregate, than the amount of this bond.

    This bond may be terminated at any time by the surety upon sending notice in writing, by certified mail, to the obligee with whom this bond is titled and at the expiration of thirty (30) days from the mailing of be relieved from any liability for any acts or omissions of the principal subsequent to said date.

    Signed, sealed, and effective this 18TH day of DECEMBER, 2012.

                                  COUNTRY BOY'S AUCTION & REALTY, INC.

                                  BY: _____
                                       PRINCIPAL

                          INTERNATIONAL FIDELITY INSURANCE COMPANY

                          BY: _____
                          CATHERINE C. KEHOE, Attorney-In-Fact

Tel: (973) 624-7200

# POWER OF ATTORNEY

## INTERNATIONAL FIDELITY INSURANCE COMPANY
## ALLEGHENY CASUALTY COMPANY

ONE NEWARK CENTER, 20TH FLOOR NEWARK, NEW JERSEY 07102-5207

KNOW ALL MEN BY THESE PRESENTS: That INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New Jersey, and ALLEGHENY CASUALTY COMPANY a corporation organized and existing under the laws of the State of Pennsylvania, having their principal office in the City of Newark, New Jersey, do hereby constitute and appoint

**EMILY G. LAPEYRE, LINDA C. SHEFFIELD, CONWAY C. MARSHALL, STEPHEN BEAHM, R. TUCKER FITZ-HUGH, CLARK P. FITZ-HUGH, DARLENE A. BORNT, CATHERINE C. KEHOE, KRISTINE DONOVAN, ELIZABETH K. WRIGHT**

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 20th day of July, 2010 and by the Board of Directors of ALLEGHENY CASUALTY COMPANY at a meeting duly held on the 15th day of August, 2000:

"RESOLVED, that (1) the President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY have each executed and attested these presents on this 12th day of March, 2012.

STATE OF NEW JERSEY
County of Essex



**ROBERT W. MINSTER**
Executive Vice President/Chief Operating Officer
(International Fidelity Insurance Company)
and President (Allegheny Casualty Company)

On this 12th day of March 2012, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

Cathy Vazquez

A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Mar. 27, 2014

## CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 18th day of Dec, 2012.

MARIA BRANCO, Assistant Secretary

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID