UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NOS.: |
|---|---|
| AMERICAN AMBULETTE & AMBULANCE SERVICE, INC., D/B/A MEDCORP, D/B/A LIFE AMBULANCE | 13-07673-8-SWH |
| COASTLINE CARE, INC. | 13-07676-8-SWH |
| EASTERN SHORE ACQUISITION CORPORATION | 13-07678-8-SWH |
| EASTERN SHORE AMBULANCE, INC. | 13-07679-8-SWH |
| MARMAC TRANSPORTATION SERVICES, INC. | 13-07680-8-SWH |
| TRANSMED, LLC, D/B/A TRANSMED OF GEORGETOWN, LLC | 13-07681-8-SWH |
| DEBTORS | CHAPTER 7 |

**AFFIDAVIT OF PROPOSED PROFESSIONAL**

I, Kelly Coldiron, of Coldiron Specialized Driveway, Inc. & Coldiron Asset Recovery, Inc., hereby make solemn oath that:

1. I am employed by Coldiron Specialized Driveway, Inc. & Coldiron Asset Recovery, Inc. "Coldiron" is a motor contract carrier engaged in the recovery and transportation of vehicles for hire within the United States operating in compliance with all federal and state laws and regulations relating to such recovery and transportation services

2. Coldiron maintains an office for the purpose of conducting business at 200 N Sooner Road, Edmond, OK 73034.

3. Coldiron does not hold or represent any interest adverse to the Debtor(s) herein and are disinterested persons as contemplated under Section 327(a) of the Bankruptcy Code.

4. Coldiron Specialized has no connection, business, professional or otherwise, in regard to the Debtor(s), the creditors or any other party in interest, their respective attorneys or accountants.

5.  Coldiron is experienced in the matters upon which they are to be employed.

DATED:                                          Coldiron Specialized Driveway, Inc.& Coldiron
                                                Asset Recovery, Inc.

                                                BY: _____
                                                    Kelly Coldiron
                                                    V.P. Sales & Marketing

SWORN to and subscribed before
me this 2nd day of January, 2014.



Notary Public
My Commission Expires: