**VAN–102** Order Authorizing Employment of Attorney – Rev. 11/14/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
American Ambulette & Ambulance Service, Inc.
379 North Front Street
Wilmington, NC 28401

CASE NO.: 13–07673–8–SWH

DATE FILED: December 11, 2013

TaxID: 31–0995916

CHAPTER: 7

ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

This matter comes on to be heard upon the application of the trustee for authority to employ an attorney, and the court makes the following findings of fact and conclusions of law:

1. The determination of this matter is within the jurisdiction of the bankruptcy court pursuant to 28 U.S.C. §§ 1334, 151 and 157, and is a core proceeding pursuant to 28 U.S.C. § 157.

2. It is necessary for the trustee to employ an attorney for the reasons set forth in the trustee's application.

3. The proposed attorney does not hold or represent any interest adverse to the estate and is a disinterested person as contemplated under § 327(a) of the Bankruptcy Code.

4. The employment of an attorney for the estate would be in the best interest of the estate; now therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the trustee is authorized to employ and retain an attorney for the bankruptcy estate, and that the trustee is authorized to employ Butler & Butler, LLP as attorney for the trustee.

DATED: January 6, 2014

Stephani W. Humrickhouse
United States Bankruptcy Judge