UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NOS.: |
| **AMERICAN AMBULETTE & AMBULANCE SERVICE, INC.,** D/B/A MEDCORP, D/B/A LIFE AMBULANCE | 13-07673-8-SWH |
| **EASTERN SHORE ACQUISITION CORPORATION** | 13-07678-8-SWH |
| **EASTERN SHORE AMBULANCE, INC.** | 13-07679-8-SWH |
| **MARMAC TRANSPORTATION SERVICES, INC.** | 13-07680-8-SWH |
| **TRANSMED, LLC,** D/B/A TRANSMED OF GEORGETOWN, LLC | 13-07681-8-SWH |
| **DEBTORS** | **CHAPTER 7** |

WITHDRAWAL OF MOTION FOR APPROVAL OF PRIVATE SALE
OF BERTIE COUNTY ASSETS

NOW COMES the Trustee, Algernon L. Butler, III, and withdraws the Motion for Approval of Private Sale of Bertie County Assets previously filed in the above cases.

BUTLER & BUTLER, L.L.P.

DATED: January 10, 2014

  s/Algernon L. Butler, III
Algernon L. Butler, III
Attorneys for the Debtor(s)
NC State Bar No. 20881
PO Box 38
Wilmington, NC 28402
Telephone (910) 762-1908
Facsimile (910) 762-9441

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that (s)he is over eighteen (18) years of age, and that the

**WITHDRAWAL OF MOTION FOR APPROVAL**
**OF PRIVATE SALE OF BERTIE COUNTY ASSETS**

in the above captioned case was this day served upon the below named persons as follows:

By electronic service through CM/ECF:

   Marjorie K. Lynch, Esquire
   Bankruptcy Administrator
   434 Fayetteville Street, Suite 640
   Raleigh, NC 27601

By mailing, postage prepaid, first class mail, *or by certified mail return receipt requested if indicated below*, *or by facsimile if indicated below*, of a copy of such instrument to such persons, parties and/or counsel at the address shown below:

                                                                    BUTLER & BUTLER, L.L.P.
DATED:     January 10, 2014

                                                                s/Brandy Freeland
                                                                P.O. Box 38
                                                                Wilmington, NC 28402
                                                                Telephone (910) 762-1908
                                                                Facsimile (910) 762-9441