**VAN–126** Order for Refund of Unclaimed Funds – Rev. 01/18/2024

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
American Ambulette & Ambulance Service, Inc.
( *known aliases*: MedCorp, Life Ambulance )
P.O. Box 38
Wilmington, NC 28402

TaxID: 31–0995916

CASE NO.: 13–07673–8–DMW

DATE FILED: December 11, 2013

CHAPTER: 7

### ORDER FOR REFUND OF UNCLAIMED FUNDS

On December 27, 2023, an application was filed for the Claimant(s), Leonette Robinson, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $307.51 held in unclaimed funds be made payable to Leonette Robinson and be disbursed to the payee at the following address: 1604 Burkey Court, Reynoldsburg OH 43068. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: January 22, 2024

David M. Warren
United States Bankruptcy Judge